In the Matter of the Arbitration Concerning Certain Differences between St. John's Guild, a Corporation of the State of New York, Appellant, and Durkin & Laas, a Copartnership Composed of Charles F. Laas and Alice M. Durkin, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 30th day of November, 1914, denying a motion for judgment upon an award of arbitrators, and also (as stated in the notice of appeal) from an order entered on the 19th day of December, 1914, refusing a resettlement of the prior order.

Per Curiam: The objection that the arbitrators were not sworn is a fatal one, the oaths not having been waived in writing. (Code Civ. Proc. § 2369; Hinkle v. Zimmerman, 184 N. Y. 114.) The case appears to be a proper one, however, in which to direct a rehearing before the same arbitrators as authorized by section 2374 of the Code of Civil Procedure. Their failure to take the prescribed oaths did not, under the circumstances, indicate partiality or incompetence. The order appealed from will, therefore, be modified accordingly, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.

———

John R. Hardin and Another, as Trustees, etc., Respondents, v. George H. Robinson, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 26th day of March, 1915, continuing an injunction during the pendency of the action.

Per Curiam : There is no case made upon these papers for the issuance or continuance of an injunction pendente lite. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.